FILED
JAN 10 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

V CARS, LLC, (formerly known as
VISIONARY VEHICLES, LLC),

    Plaintiff,

vs.

KCA ENGINEERING, LLC,

    Defendant.
_____/

Case No. 11-cv-12805
Hon. Bernard A. Friedman

## ORDER

Upon hearing held December 21, 2012 regarding various discovery-related and other matters, this Court hereby orders as follows:

1.     Dennis Gore shall appear in person for deposition, in his personal capacity and as a Rule 30(b)(6) witness for Defendant KCA Engineering, LLC, at 10:00 a.m. in this courthouse, Room 101, at 231 W. Lafayette, Detroit, MI, during the week of March 10, 2013. Should Mr. Gore fail to appear for his deposition in person this Court will enter a default judgment against Defendant, KCA Engineering, LLC.

2.     At least 21 days prior to Mr. Gore's appearance, defendant shall produce all documents responsive to Plaintiff's requests.

3.     Discovery is extended in this case until the conclusion of Mr. Gore's deposition during the week of March 10, 2013.

4.     Defendant's motions, Dkt. Nos. 31, 32, 33 and 34 are hereby mooted by this Court's orders and the parties' agreement.

1/10/13

_____
Hon. Bernard A. Friedman